[No. 6727-7-II. Division Two. April 18, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
MICHAEL HANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. CR 82-6497, David R. Draper, J., entered November 18, 1982. *Affirmed* by unpublished opinion per

Reed, A.C.J., concurred in by Petrich and Alexander, JJ.